UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS JOSÉ DINES-REYES,<br><br>Defendant. | SEALED INDICTMENT<br><br>25 Cr.<br><br>**25 CRIM 492** |

## COUNT ONE
### (Carjacking)

The Grand Jury charges:

1. On or about May 18, 2025, in the Southern District of New York and elsewhere, CARLOS JOSÉ DINES-REYES, the defendant, with the intent to cause death and serious bodily harm, took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force and violence and by intimidation, to wit, REYES brandished a firearm at two individuals ("Victim-1" and "Victim-2," respectively, and collectively, the "Victims"), threatened to kill the Victims, and took Victim-1's 2022 Mercedes Benz GLE 350, in the Bronx, New York.

(Title 18, United States Code, Section 2119(1).)

## COUNT TWO
### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

2. On or about May 18, 2025, in the Southern District of New York and elsewhere, CARLOS JOSÉ DINES-REYES, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the carjacking charged in

Count One of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii).)

## COUNT THREE
### (Illegal Reentry)

The Grand Jury further charges:

3. From at least on or about May 18, 2025 through the present, in the Southern District of New York and elsewhere, CARLOS JOSÉ DINES-REYES, the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered and was found in the United States, after removal that was subsequent to a conviction for commission of a felony, without having obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) & (b)(1).)

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Indictment, CARLOS JOSÉ DINES-REYES, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(5) any and all property, real and personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

5. As a result of committing the offense alleged in Count Two of this Indictment, CARLOS JOSÉ DINES-REYES, the defendant, shall forfeit to the United States, pursuant to Title

2

18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense.

### Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982 and 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
JAY CLAYTON
United States Attorney