# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

December 5, 2025

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The hearing scheduled for December 19, 2025 at 4:00 p.m. is adjourned sine die. The parties shall appear for a status conference on December 12, 2025 at 3:30 p.m.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
December 8, 2025

**Re: United States v. Carlos Dines-Reyes (25-CR-492-RA)**

Dear Judge Abrams,

The Defense writes regarding the scheduled bail hearing on December 12, 2025. Undersigned counsel has continued to investigate this matter and assemble an appropriate bail package for the Court's consideration. At this time, that process is still ongoing and not complete. Accordingly, the Defense no longer intends to make a bail application next Friday.

In lieu of a bail hearing on December 12, 2025, the Defense requests that the parties still appear to discuss scheduling of discovery and motions.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007