UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CARLOS DINES-REYES,

Defendant.

25-CR-492(RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant's letter dated March 6, 2026, Dkt. 18, regarding issues related to his health and safety at the Metropolitan Detention Center.  In light of the Government's response to these requests, Dkt. 20, Defendant shall inform the Court what relief, if any, he is still seeking, as well as the basis for that relief.

SO ORDERED.

Dated:     March 10, 2026
           New York, New York

Ronnie Abrams
United States District Judge