

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 18, 2026

**By ECF and EMAIL**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 18, 2026

**Re:** *United States v. Carlos Dine-Reyes*, **25 Cr. 492 (RA)**

Dear Judge Abrams:

The Government respectfully writes, with consent of defense counsel, to request a brief adjournment of the deadline for the Government's expert disclosures to March 27, 2026.

Pursuant to Local Criminal Rule 16.2, the Government's expert disclosures were due on March 12, 2026, *i.e.*, 60 days prior to trial. The Government anticipates making disclosures relating to Spanish translations and historical cellsite evidence. A brief adjournment is necessary to finalize those materials and ensure complete and accurate disclosures.

Very truly yours,

JAY CLAYTON
United States Attorney

by: /s/

Jared D. Hoffman
Kathryn Wheelock
Assistant United States Attorneys
(212) 637-1060/-2415

cc:     Mitchell Schwartz, Esq. (by ECF and Email)
        Joy Chen, Esq. (by ECF and Email)