# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

**BY ECF & E-MAIL**

March 20, 2026

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 20 , 2026

**Re: United States v. Carlos Dines-Reyes (25-CR-492-RA)**

Dear Judge Abrams,

The Defense writes with consent of the government to request a single business day extension of the present motions schedule regarding the search warrants in this matter. Instead of any initial motion due today, the Defense requests that it be due by March 23, 2026, any opposition by April 6, 2026, and any reply by April 13, 2026.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007