

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 6, 2026

**By ECF and EMAIL**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.

**Re:    *United States v. Carlos Dine-Reyes*, 25 Cr. 492 (RA)**    April 6, 2026

Dear Judge Abrams:

The Government respectfully writes, with consent of defense counsel, to request one-week adjournments of two trial-related deadlines. The existing deadlines were set by the Court when trial (which is now starting May 11, 2026) was scheduled to begin on May 4, 2026. Specifically, the Government seeks adjournments of (1) the April 13, 2026 deadline for the parties to file motions *in limine*, *voir dire*, requests to charge, and the verdict form to April 20, 2026; and (2) the April 20, 2026 deadline for the parties to file oppositions to the motions *in limine* to April 27, 2026.

Very truly yours,

JAY CLAYTON
United States Attorney

by: /s/_____
Jared D. Hoffman
Kathryn Wheelock
Assistant United States Attorneys
(212) 637-1060/-2415

cc:    Mitchell Schwartz, Esq. (by ECF and Email)
Joy Chen, Esq. (by ECF and Email)