UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS JOSÉ DINE-REYES,<br><br>Defendant. | 25-CR-492 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court will hold oral argument on Defendant Carlos José Dine-Reyes's motion to suppress and motion to sever on April 28, 2026 at 3:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. *See* Dkt. 15, 30.

SO ORDERED.

Dated:    April 23, 2026
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge