UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS JOSÉ DINE-REYES,<br><br>Defendant. | 25-CR-492 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

For reasons that will follow, Dine-Reyes's motion to suppress evidence, *see* Dkt. 30, is

hereby denied. The Clerk of Court is respectfully directed to close the motion pending at Dkt. 30.

SO ORDERED.

Dated:    April 29, 2026
          New York, New York

Ronnie Abrams
United States District Judge